*In re* JESÚS M. PÉREZ FÉLIX.

*Número:* TS-6344        *Resuelto:* 23 de septiembre de 2002

*Sheila I. Vélez Martínez*, directora ejecutiva del Colegio de Abogados de Puerto Rico; *Jesús M. Pérez Félix, pro se.*

Sala de Verano integrada por el JUEZ PRESIDENTE SEÑOR ANDRÉU GARCÍA y los JUECES ASOCIADOS SEÑORES FUSTER BERLINGERI, CORRADA DEL RÍO y RIVERA PÉREZ.

## RESOLUCIÓN

Examinada la Moción Informativa y para Solicitar Reinstalación de Abogado presentada por el Sr. Jesús M. Pérez Félix, así como la Moción en Contestación a Resolución presentada por el Colegio de Abogados de Puerto Rico, *se accede a lo solicitado y se autoriza su reinstalación al ejercicio de la profesión, previo el cumplimiento de los trámites necesarios para ello.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*